**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Gregory Wayne McLaurin          CHAPTER 13
       Roslyn Allisha McLaurin

                                                        BKY. NO. 19-12396 ELF

                   Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VII (NPL) and index same on the master mailing list.

                                     Respectfully submitted,
                                     **/s/ Rebecca A. Solarz Esquire**
                                     Rebecca A Solarz, Esquire
                                     Kevin G. McDonald, Esquire
                                     KML Law Group, P.C.
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106-1532
                                     (215) 627-1322