**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| IN RE: | Gregory Wayne McLaurin and | : | CASE NO. 19-12396-elf |
|---|---|---|---|
| | Roslyn Allisha McLaurin | : | |
| | 1439 Edgewood Avenue | : | Chapter 13 |
| | Roslyn, PA 19001 | : | |

_____

### NOTICE

Debtors have filed papers with the Court for an Order approving compensation and expenses.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief in the Application or if you want the Court to consider your views on it, then on or before <u>March 27, 2020</u> you or your attorney must:

a. File with the Court a written request for a hearing, explaining your position, at:
United States Bankruptcy Court
The Robert N. C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your request response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

b. You must also mail a copy to:
Alfred M. Abel, Esquire
P.O. Box 688
Abington, PA 19001
(215) 517-8300.  Fax: (215) 517-8883

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought and may enter an Order granting the relief requested.

If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney named above.

You may contact the bankruptcy clerk's office at 215-408-2800 to find out whether or not the hearing has been cancelled because no one filed an answer.

Dated: <u>March 13,</u> 2020                                              By: <u>*Alfred M. Abel, Esq.*</u>