United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-12396-elf
Gregory Wayne McLaurin                                                  Chapter 13
Roslyn Allisha McLaurin
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1        Date Rcvd: Mar 11, 2020
                            Form ID: 155           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.
db/jdb         Gregory Wayne McLaurin,    Roslyn Allisha McLaurin,    1439 Edgewood Avenue,
               Roslyn, PA   19001-2309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:
              ALFRED   ABEL    on behalf of Joint Debtor Roslyn Allisha McLaurin aa.law@alfredabellaw.com,
               G22350@notify.cincompass.com
              ALFRED   ABEL    on behalf of Debtor Gregory Wayne McLaurin aa.law@alfredabellaw.com,
               G22350@notify.cincompass.com
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue crmomjian@attorneygeneral.gov
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper et al.
               pa-bk@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII (NPL)
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Gregory Wayne McLaurin and Roslyn Allisha McLaurin
    Debtor(s)

Chapter: 13
Bankruptcy No: 19−12396−elf

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 10th day of March, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Eric L. Frank
    Judge ,
    United States Bankruptcy Court

87 − 80
Form 155