**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | Gregory Wayne McLaurin and | : | CASE NO. 19-12396-elf |
| | Roslyn Allisha McLaurin | : | Chapter 13 |
| | 1439 Edgewood Avenue | : | |
| | Roslyn, PA 19001 | : | |

**ORDER**

AND NOW, this __6th__ day of ___April___, 2020, it is hereby **ORDERED** that Debtor's counsel application for compensation is **GRANTED** and compensation of $11,700.00 **ALLOWED**, and, it is

FURTHER **ORDERED**, that the Trustee may distribute $7,700.00 in compensation plus $538.31 in expenses, for a total of $8,238.31, to counsel to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**