United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gregory Wayne McLaurin  
Roslyn Allisha McLaurin  
    Debtors

Case No. 19-12396-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Apr 06, 2020  
                      Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2020.  
db/jdb        Gregory Wayne McLaurin,   Roslyn Allisha McLaurin,   1439 Edgewood Avenue,   Roslyn, PA 19001-2309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2020                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2020 at the address(es) listed below:
      ALFRED ABEL   on behalf of Joint Debtor Roslyn Allisha McLaurin aa.law@alfredabellaw.com, G22350@notify.cincompass.com
      ALFRED ABEL   on behalf of Debtor Gregory Wayne McLaurin aa.law@alfredabellaw.com, G22350@notify.cincompass.com
      CHRISTOPHER R. MOMJIAN   on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue crmomjian@attorneygeneral.gov
      KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC dba Mr. Cooper et al. pa-bk@logs.com
      REBECCA ANN SOLARZ   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII (NPL) bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM EDWARD CRAIG   on behalf of Creditor   Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                                  TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| IN RE: | Gregory Wayne McLaurin and | : | CASE NO. 19-12396-elf |
|---|---|---|---|
| | Roslyn Allisha McLaurin | : | Chapter 13 |
| | 1439 Edgewood Avenue | : | |
| | Roslyn, PA 19001 | : | |

---

**ORDER**

AND NOW, this __6th__ day of ___April___, 2020, it is hereby **ORDERED** that Debtor's counsel application for compensation is **GRANTED** and compensation of $11,700.00 **ALLOWED**, and, it is

FURTHER **ORDERED**, that the Trustee may distribute $7,700.00 in compensation plus $538.31 in expenses, for a total of $8,238.31, to counsel to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**