United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 19-12396-elf
Gregory Wayne McLaurin                                                       Chapter 13
Roslyn Allisha McLaurin
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Antoinett          Page 1 of 1              Date Rcvd: Apr 22, 2020
                               Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2020.
14320229         +The Bank Of New York Mellon,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                  ATTN: Bankruptcy Dept,   PO Box 619096,   Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2020 at the address(es) listed below:
          ALFRED   ABEL    on behalf of Joint Debtor Roslyn Allisha McLaurin aa.law@alfredabellaw.com,
           G22350@notify.cincompass.com
          ALFRED   ABEL    on behalf of Debtor Gregory Wayne McLaurin aa.law@alfredabellaw.com,
           G22350@notify.cincompass.com
          CHRISTOPHER R. MOMJIAN   on behalf of Creditor    Commonwealth of Pennsylvania, Department of
           Revenue crmomjian@attorneygeneral.gov
          KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper et al.
           pa-bk@logs.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
           INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII (NPL)
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD CRAIG   on behalf of Creditor    Credit Acceptance Corporation
           ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                             TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-12396-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Gregory Wayne McLaurin
1439 Edgewood Avenue
Roslyn PA 19001-2309

Roslyn Allisha McLaurin
1439 Edgewood Avenue
Roslyn PA 19001-2309

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/21/2020.

Name and Address of Alleged Transferor(s):

Claim No. 5: The Bank Of New York Mellon, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

Nationstar Mortgage LLC d/b/a Mr. Cooper
P.O. Box 619094
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/24/20

Tim McGrath
**CLERK OF THE COURT**