IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gregory Wayne McLaurin and Roslyn Allisha McLaurin<br>Debtors. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER 19-12396/ELF<br><br>11 U.S.C. § 362 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Nationstar Mortgage LLC dba Mr. Cooper as servicer for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2002-1 has filed a Motion for Relief, with the Court for relief from the automatic stay.

1.      **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

2.      If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before July 4, 2020 you or your attorney file a response to the Motion.

    (a)      **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

    (b)      **If you are not required to file electronically,** you must file your response at: United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

    (c)      **If you mail your Response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above

    (d)      On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the Movant's attorney:
        Kristen D. Little, Esquire
        Shapiro & DeNardo, LLC
        3600 Horizon Drive, Suite 150, King of Prussia, PA 19406
        Phone: (610) 278-6800, Fax: (847) 954-4809

3.      A hearing on the motion is scheduled to be held before the HONORABLE ERIC L. FRANK on July 14, 2020 at 9:30 am in Courtroom # 1, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

4.      **If you do not file a response to the Motion,** the court may cancel the hearing and enter an Order granting the relief requested in the Motion.

5.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

6.      You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed a response.

Date: June 16, 2020