IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gregory and Roslyn McLaurin | **: BANKRUPTCY CASE NUMBER** |
| Debtors. | **: 19-12396elf** |
| | **: CHAPTER 13** |
| vs. | : |
| William C. Miller, Trustee | : |
| Additional Respondent. | **: October 13, 2020 at 1:00 am** |
| | **: Courtroom # 1** |

### NOTICE OF MOTION

Debtor(s) have filed a motion for leave to amend a confirmed chapter 13 plan.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

1.   If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then within 14 days of this notice, or before September 29, 2020 you or your attorney must do all of the following:

(a) file an answer explaining your position at:
United States Bankruptcy Court
The Robert N. C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA   19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so the court will receive it on or before the date stated above; and.

(b) mail a copy to the movant's attorney:
Alfred M. Abel, Esq.
P.O. Box 688
Abington, PA   19001
aa.law@AlfredAbelLaw.com
(215) 517-8300         Fax:  (215) 517-8883

2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting the relief requested in the motion.

3.   A hearing on the motion is scheduled for October 13, 2020 at 1:00 o'clock pm in Courtroom 1, U.S. Bankruptcy Court, 9th and Market St. Philadelphia, PA.

4.   If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.   You may contact the bankruptcy clerk's office at 215-408-2800 to find out whether or not the hearing has been canceled because no one filed an answer.

Dated: September 15, 2020                                                          BY: *Alfred M. Abel, Esq.*