United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gregory Wayne McLaurin  
Roslyn Allisha McLaurin  
     Debtors  

Case No. 19-12396-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Sep 21, 2020  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2020.  
db/jdb        Gregory Wayne McLaurin,    Roslyn Allisha McLaurin,    1439 Edgewood Avenue,    Roslyn, PA   19001-2309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2020 at the address(es) listed below:

       ALFRED ABEL    on behalf of Debtor Gregory Wayne McLaurin aa.law@alfredabellaw.com, G22350@notify.cincompass.com  
       ALFRED ABEL    on behalf of Joint Debtor Roslyn Allisha McLaurin aa.law@alfredabellaw.com, G22350@notify.cincompass.com  
       CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper et al. pabk@logs.com  
       CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue crmomjian@attorneygeneral.gov  
       KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper et al. pa-bk@logs.com  
       KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper et al. pabk@logs.com, klittle@logs.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII (NPL) bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
       WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                   TOTAL: 11

1 McLaurin Stipulation Bankruptcy Case # 19-12396/ELF

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Gregory Wayne McLaurin and Roslyn Allisha McLaurin,
    Debtors.

Nationstar Mortgage LLC dba Mr. Cooper as servicer for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2002-1,
    Movant,
v.
Gregory Wayne McLaurin and Roslyn Allisha McLaurin,
    Debtors,
William C. Miller, Trustee,
    Additional Respondent.

CHAPTER 13

BANKRUPTCY CASE NUMBER
19-12396/ELF

11 U.S.C. § 362

## STIPULATION AND ORDER

AND NOW, in consideration of the mutual promises and agreements set forth below, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is hereby stipulated and agreed to by and between the undersigned as follows:

1. This Stipulation shall govern all post-petition payments due and owing to Movant, including those that fall due after the arrears, as set forth below, are cured.

2. The post-petition arrearages on the mortgage held by Movant on Debtors' property at 1439 Edgewood Avenue, Roslyn, PA 19001 (the "Property"), are $5,907.95. The breakdown of the arrears is as follows:

| | |
|---|---|
| Post-Payments from 05/01/2020 to 09/01/2020 at $997.33 each | $4,986.65 |
| Suspense Balance | ($309.70) |
| Bankruptcy Fees | $1,050.00 |
| Bankruptcy Costs | $181.00 |

2 McLaurin Stipulation Bankruptcy Case # 19-12396/ELF

3. If Debtors provide proof of negotiated payments not already credited, they will receive credit for those payments.

4. Debtors shall cure the arrearages in the following manner:

(a) The balance of the arrears, to-wit, $5,907.95, shall be cured by the Debtors through the Chapter 13 Plan. Debtors shall file an amended Chapter 13 Plan to pay the entire new adjusted arrearage claim of $31,464.64 to Movant (original arrearage claim of $25,556.69 + post arrears of $5,907.95) by September 25, 2020. Movant shall file an amended proof of claim to reflect the same;

5. Debtors shall resume making the regular monthly mortgage payments on October 1, 2020. If funds are not received prior to the 16th of the month, then the payment shall include all applicable late charges;

(a) Should Debtor's regular monthly payment amount change, Debtor shall be notified of such change, and the monthly payment amount due under the terms of the Stipulation shall change accordingly;

(b) All payments to Movant shall include the Loan No. written on the face thereof, and shall be made directly to Attention: BANKRUPTCY DEPARTMENT, Nationstar Mortgage LLC dba Mr. Cooper as servicer for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2002-1, at P.O. Box 619094, Dallas, Texas 75261-9741;

(c) Should the Debtor's post-confirmation plan be denied confirmation, counsel for Movant may file a Certification of Default with the Court and the Court shall enter an Order granting relief as to the Property.

3 McLaurin Stipulation Bankruptcy Case # 19-12396/ELF

(d) All payments made pursuant to this Stipulation and Order shall be applied first to reimburse Movant for its attorneys' fees and costs (as provided for above) in connection with this motion. All further payments will be applied to the arrears and/or monthly payments in the manner prescribed by the Mortgage and Note.

6. In the event that Debtors fails to file an Amended Chapter 13 Plan within the time period prescribed above, or if Debtor fails to make any of the payments set forth above, Movant shall notify Debtor and Debtor's attorney of the default in writing and Debtor may cure the default within 15 days of the notice. If the default continues to the following month, the Debtor shall include funds to cure that month's default as well. If Debtor should fail to cure the default within 15 days, Movant may file a Certification of Default with the Court, and upon the filing of the Certification, the Court shall enter an Order granting Movant relief from the automatic stay as to the Property.

7. In the event the instant bankruptcy case is converted to a case under Chapter 7, this shall constitute a default under the terms of this Stipulation. Debtors shall cure the pre-petition and post-petition arrears within ten (10) days from the date of conversion. Should the Debtors fail to cure the arrears within ten (10) days from the date of conversion, counsel for Movant may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the automatic stay as to the Property.

8. Debtors understands that should Movant be forced to provide a written Notice of Default of this Stipulation, that Debtors shall be responsible for any reasonable attorney fees of $100.00 per Notice of Default and $200.00 per Certification of Default incurred by Movant as a result of preparation of same.

4 McLaurin Stipulation Bankruptcy Case # 19-12396/ELF

9. The proof of claim of Nationstar Mortgage LLC dba Mr. Cooper as servicer for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2002-1 is hereby updated to conform to this Agreed order, and further, this Agreed Order shall serve as a Supplemental Proof of Claim.

10. Debtors agree that the Court may waive Rule 4001(a) (3), permitting Movant to immediately implement and enforce the Court's order.

The parties request that this Honorable Court approve this stipulation.

Dated: September 1, 2020

Christopher A DeNardo
Digitally signed by: Christopher A DeNardo
DN: CN = Christopher A DeNardo email = cdenardo@logs.com C = US O = Shapiro and DeNardo LLC
Date: 2020.09.01 14:35:10 -04'00'

Kristen D. Little, Esquire   by Christopher A. DeNardo, ~~E~~squire
Attorney for Movant

Dated: 8/29/2020

Alfred Abel, Esq.
Attorney for Debtors

Dated: 9/16/202

/s/ LeRoy W. Etheridge, Esq.
William C. Miller
Trustee

NO OBJECTION
*without prejudice to any trustee rights and remedies

**O R D E R**

AND NOW, this 21st day of September, 2020, it is hereby ORDERED that the foregoing Stipulation is approved.

HONORABLE ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE