IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gregory and Roslyn McLaurin<br>　　　Debtors.<br><br>　　　　　vs.<br>William C. Miller, Trustee<br>　　　Additional Respondent. | : **BANKRUPTCY CASE NUMBER**<br>: **19-12396elf**<br>: **CHAPTER 13**<br>:<br>: **HEARING:**<br>: **October 13, 2020 at 1:00 am**<br>: **Courtroom # 1** |

## CERTIFICATION OF NO RESPONSE TO MOTION FOR LEAVE TO AMEND A CONFIRMED CHAPTER 13 PLAN

　　IT IS HEREBY CERTIFIED that no answer, objection, or response has been filed to the motion of counsel for debtors for leave to amend a confirmed chapter 13 plan, nor has same been served on counsel for debtors.

　　WHEREFORE, counsel for debtors prays this Honorable Court for an Order allowing leave for debtors to amend their confirmed chapter 13 plan, schedules I and J and other supporting documents that may be necessary, as described fully in the Motion.

　　Counsel for debtors herein, served this certification electronically and/or by placing copies thereof in the United States Mail, first class postage pre-paid, addressed as follows:

U.S. Trustee　　　　　　　　　　　　　　　　All Creditors requesting notice
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

William A. Miller, Trustee　　　　　　　　　Gregory McLaurin
1234 Market St.　　　　　　　　　　　　　　Roslyn McLaurin
Philadelphia, PA 19107　　　　　　　　　　 1439 Edgewood Ave.
　　　　　　　　　　　　　　　　　　　　　　Roslyn, Pa 19001

Date: 9/ 30/2020　　　　　　　　　　　　　　By: _/s/ Alfred Abel, Esq._