# UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILADELPHIA DIVISON

In the Matter of:  Case No. 19-12396

Gregory Wayne McLaurin and
Roslyn Allisha McLaurin

## NOTICE OF CHANGE OF ADDRESS
## CHECK ONLY ONE

[ ] **Debtor's Change of Address**

[✔] **Creditor's Change of Address**

NAME: Atlas Acquisitions LLC

OLD MAILING ADDRESS: 294 Union St.

Hackensack, NJ 07601

NEW MAILING ADDRESS: 492C Cedar Lane, Ste 442

Teaneck, NJ 07666

Dated: October 19, 2020      /s/Avi Schild
                              Signature

REQUESTOR'S NAME: Avi Schild

ADDRESS: 492C Cedar Lane, Ste 442

Teaneck, NJ 07666

TELEPHONE NO.: 888.762.9889

bk@atlasacq.com