**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | | |
|---|---|---|---|
| IN RE: | Gregory Wayne McLaurin and | : | CASE NO. 19-12396-elf |
| | Roslyn Allisha McLaurin | : | |
| | 1439 Edgewood Avenue | : | Chapter 13 |
| | Roslyn, PA 19001 | : | |

_____

## **CERTIFICATE OF SERVICE**

I, Alfred M. Abel, Esquire, do hereby certify that a true and correct copy of Debtor's Motion to Amend a Confirmed Chapter 13 Plan has been served upon the following Priority or Secured parties on the 16 day of September, 2020, electronically through the Court's electronic noticing system or by regular mail to all others.

Notice was electronically mailed to:

William C. Miller, Esquire
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

U.S. Bank, N.A.
Secured creditor

Nationstar
Secured creditor

PHFA
Secured creditor

Commonwealth of PA
Department of Revenue
Secured and Priority creditor

The Bank of New York Mellon f/k/a
RAS Crane, LLC
10700 Abbots Bridge Rd., Suite 170
Duluth, GA 30097
Secured Creditor

Nationstar Mortgage
Secured creditor

Notice was sent first class mail to:

Internal Revenue Service
Priority creditor

Debtors

**ALFRED M. ABEL LAW OFFICES**
By:   /s/ Alfred M. Abel
Alfred M. Abel, Esquire
Attorney I.D. #34789
600 W. Germantown Pike, #400
Plymouth Meeting, PA  19462
(215-517-8300)
aa.law@AlfredAbelLaw.com