United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12396-elf |
| Gregory Wayne McLaurin | Chapter 13 |
| Roslyn Allisha McLaurin | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Gregory Wayne McLaurin, Roslyn Allisha McLaurin, 1439 Edgewood Avenue, Roslyn, PA 19001-2309 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2020            Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFRED ABEL | on behalf of Debtor Gregory Wayne McLaurin aa.law@alfredabellaw.com  G22350@notify.cincompass.com |
| ALFRED ABEL | on behalf of Joint Debtor Roslyn Allisha McLaurin aa.law@alfredabellaw.com  G22350@notify.cincompass.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al. pabk@logs.com  logsecf@logs.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue crmomjian@attorneygeneral.gov |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al. pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al. pabk@logs.com  klittle@logs.com;logsecf@logs.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | Total Noticed: 1 |

REBECCA ANN SOLARZ
   on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII (NPL) bkgroup@kmllawgroup.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
   ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
   on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM EDWARD CRAIG
   on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            :    Chapter 13
    GREGORY WAYNE MCLAURIN        :
    ROSLYN ALLISHA MCLAURIN,       :
        Debtors                   :    Bky. No.  19-12396 ELF

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan (Doc. #121) is **APPROVED**.

Date: November 4, 2020

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**