**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | | |
|---|---|---|---|
| IN RE: | Gregory Wayne McLaurin and | : | CASE NO. 19-12396-elf |
| | Roslyn Allisha McLaurin | : | Chapter 13 |
| | 1439 Edgewood Avenue | : | HEARING DATE: N/A |
| | Roslyn, PA 19001 | : | TIME: |
| | | : | COURTROOM # |

_____

**ORDER**

AND NOW, this 27th day of November, 2020, upon consideration of Debtor's Counsel's Application for Supplemental Compensation, and after a hearing, it is **ORDERED** that the Application is **GRANTED**, and that $3,100.00 is **ALLOWED** to Debtor's counsel as supplemental compensation.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**