United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Gregory Wayne McLaurin  
Roslyn Allisha McLaurin  
    Debtor(s)

Case No. 19-12396-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Nov 27, 2020 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2020:**

**Recip ID**     **Recipient Name and Address**  
db/jdb     Gregory Wayne McLaurin, Roslyn Allisha McLaurin, 1439 Edgewood Avenue, Roslyn, PA 19001-2309

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 29, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2020 at the address(es) listed below:

**Name**     **Email Address**

ALFRED ABEL  
    on behalf of Debtor Gregory Wayne McLaurin aa.law@alfredabellaw.com G22350@notify.cincompass.com

ALFRED ABEL  
    on behalf of Joint Debtor Roslyn Allisha McLaurin aa.law@alfredabellaw.com G22350@notify.cincompass.com

CHRISTOPHER A. DENARDO  
    on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al. pabk@logs.com logsecf@logs.com

CHRISTOPHER R. MOMJIAN  
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov

KEVIN S. FRANKEL  
    on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al. pa-bk@logs.com

KRISTEN D. LITTLE  
    on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al. pabk@logs.com klittle@logs.com;logsecf@logs.com

LEON P. HALLER  
    on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Nov 27, 2020 | Form ID: pdf900 | Total Noticed: 1 |

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII (NPL) bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | Gregory Wayne McLaurin and | : | CASE NO. 19-12396-elf |
| | Roslyn Allisha McLaurin | : | Chapter 13 |
| | 1439 Edgewood Avenue | : | HEARING DATE: N/A |
| | Roslyn, PA 19001 | : | TIME: |
| | | : | COURTROOM # |

**ORDER**

AND NOW, this 27th day of November, 2020, upon consideration of Debtor's Counsel's Application for Supplemental Compensation, and after a hearing, it is **ORDERED** that the Application is **GRANTED**, and that $3,100.00 is **ALLOWED** to Debtor's counsel as supplemental compensation.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**