IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: GREGORY WAYNE MCLAURIN<br>ROSLYN ALLISHA MCLAURIN<br>**Debtor(s)** | CHAPTER 13<br><br>CASE NO. 19-12396 (ELF) |
| CREDIT ACCEPTANCE CORPORATION<br>**Moving Party**<br><br>v. | <br><br>11 U.S.C. 362 |
| GREGORY WAYNE MCLAURIN<br>ROSLYN ALLISHA MCLAURIN<br>**Respondent(s)** | |
| WILLIAM C. MILLER<br>**Trustee** | |

### ORDER MODIFYING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by Credit Acceptance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2012 Mitsubishi Outlander** bearing vehicle identification number JA4AS3AWXCU005488 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: 2/21/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**