United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12396-elf |
| Gregory Wayne McLaurin | Chapter 13 |
| Roslyn Allisha McLaurin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 23, 2021 | Form ID: pdf900 | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gregory Wayne McLaurin, 1439 Edgewood Avenue, Roslyn, PA 19001-2309 |
| jdb | Roslyn Allisha McLaurin, 1439 Edgewood Avenue, Roslyn, PA 19001-2309 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFRED ABEL | on behalf of Debtor Gregory Wayne McLaurin aa.law@alfredabellaw.com G22350@notify.cincompass.com |
| ALFRED ABEL | on behalf of Joint Debtor Roslyn Allisha McLaurin aa.law@alfredabellaw.com G22350@notify.cincompass.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al. pabk@logs.com logsecf@logs.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al. pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al. pabk@logs.com klittle@logs.com;logsecf@logs.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 23, 2021 | Form ID: pdf900 | Total Noticed: 2 |

lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

REBECCA ANN SOLARZ

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII (NPL) bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.

on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM EDWARD CRAIG

on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: GREGORY WAYNE MCLAURIN ) <br> ROSLYN ALLISHA MCLAURIN ) <br> **Debtor(s)** ) <br> ) <br> CREDIT ACCEPTANCE CORPORATION ) <br> **Moving Party** ) <br> ) <br> v. ) <br> ) <br> GREGORY WAYNE MCLAURIN ) <br> ROSLYN ALLISHA MCLAURIN ) <br> **Respondent(s)** ) <br> ) <br> WILLIAM C. MILLER ) <br> **Trustee** ) | CHAPTER 13 <br><br> CASE NO. 19-12396 (ELF) <br><br><br> 11 U.S.C. 362 |

### ORDER MODIFYING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by Credit Acceptance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2012 Mitsubishi Outlander** bearing vehicle identification number JA4AS3AWXCU005488 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: 2/21/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**