# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-12396-ELF

GREGORY WAYNE MCLAURIN
ROSLYN ALLISHA MCLAURIN
1439 EDGEWOOD AVENUE

ROSLYN, PA 19001-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    GREGORY WAYNE MCLAURIN
    ROSLYN ALLISHA MCLAURIN
    1439 EDGEWOOD AVENUE

    ROSLYN, PA 19001-

Counsel for debtor(s), by electronic notice only.

    ALFRED ABEL
    P.O. BOX 688

    ABINGTON, PA 19001-

Date: 5/13/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee