**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
GREGORY WAYNE MCLAURIN  
ROSLYN ALLISHA MCLAURIN

Chapter 13

Debtor

Bankruptcy No. 19-12396-ELF

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date:  September 29, 2021

_____
Honorable Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALFRED ABEL
P.O. BOX 688

ABINGTON, PA 19001-


Debtor:
GREGORY WAYNE MCLAURIN
ROSLYN ALLISHA MCLAURIN
1439 EDGEWOOD AVENUE

ROSLYN, PA 19001-