United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-12396-elf

Gregory Wayne McLaurin  Chapter 13

Roslyn Allisha McLaurin

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 29, 2021 | Form ID: pdf900 | Total Noticed: 72 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Gregory Wayne McLaurin, Roslyn Allisha McLaurin, 1439 Edgewood Avenue, Roslyn, PA 19001-2309 |
| cr | + | THE BANK OF NEW YORK MELLON f/k/a, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14307434 | | 1stprogress/1stequity/, PO Box 84010, Columbus, GA 31908-4010 |
| 14307438 | | AQUA PA, 762 W Lancaster Ave, Bryn Mawr, PA 19010-3402 |
| 14307435 | | Abington Health Professional Services, 1200 Old York Rd, Abington, PA 19001-3720 |
| 14307436 | | Alfred Abel, Esq, 600 W Germantown Pike Ste 400, Plymouth Meeting, PA 19462-1046 |
| 14307440 | | Asset Recovery Solutions LLC, 2200 E Devon Ave Ste 200, Des Plaines, IL 60018-4501 |
| 14307441 | | Associates Otolaryngo, 9980 Park Meadows Dr Ste 200, Lone Tree, CO 80124-8406 |
| 14307442 | | Aters001, PO Box 1280, Oaks, PA 19456-1280 |
| 14307443 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 14307444 | + | Capital Bank,N.A., 1 Church St, Rockville, MD 20850-4190 |
| 14339789 | + | Commonwealth of Pennsylvania, Department of Revenue, c/o CHRISTOPHER R. MOMJIAN, Office of the Attorney General, 1600 Arch Street, 3rd floor Philadelphia, PA 19103-2016 |
| 14416994 | + | Credit Acceptance Corporation, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14307448 | | Debt Rec Sol, 6800 Jericho Tpke, Syosset, NY 11791-4436 |
| 14307449 | | Dr. Yoval Azolay, 3515 W Moreland Rd, Willow Grove, PA 19090 |
| 14337696 | | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14307450 | | Eos Cca, PO Box 981008, Boston, MA 02298-1008 |
| 14307452 | | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14495704 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14379106 | + | Nationstar Mortgage LLC dba Mr. Cooper et al., c/o KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150 King of Prussia, PA 19406-4702 |
| 14307456 | | Nationstar/mr Cooper, 350 Highland St, Houston, TX 77009-6623 |
| 14619470 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14307457 | | Patient First, 938 Old York Rd, Abington, PA 19001-4703 |
| 14307459 | | Pennsylvania Department of Revenue, PO Box 280948, Harrisburg, PA 17128-0948 |
| 14545537 | + | Pennsylvania Housing Finance Agency-Homeowners Eme, c/o LEON P. HALLER, Purcell, Krug and Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14307461 | | Professional Account Management LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 14307462 | | Progressive Insurance, PO Box 31260, Tampa, FL 33631-3260 |
| 14307468 | | Sprint, PO Box 5470, Carol Stream, IL 60197-5470 |
| 14307467 | + | Sprint, 2012 Corporate Ln, Naperville, IL 60563-0726 |
| 14307469 | | Tbom/Total Crd, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 14320229 | + | The Bank Of New York Mellon, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 14307470 | | The General Insurance Company, 2636 Elm Hill Pike Ste 510, Nashville, TN 37214-3169 |
| 14480346 | + | U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVID, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14479929 | + | U.S. Bank National Association, not in its individ, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14554073 | | U.S. Bank Trust National Association, c/o Fay Servicing, LLC, Bankruptcy Department, P.O. Box 814609, Dallas, TX 75381-4609 |
| 14307473 | + | VERIZON, 2500 W Moreland Rd, Willow Grove, PA 19090-4024 |

District/off: 0313-2 User: admin Page 2 of 4
Date Rcvd: Sep 29, 2021 Form ID: pdf900 Total Noticed: 72
TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 30 2021 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 30 2021 00:15:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | Email/Text: bnc@atlasacq.com | Sep 30 2021 00:15:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 30 2021 00:15:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: ebnnotifications@creditacceptance.com | Sep 30 2021 00:15:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Rd, PO Box 513, Southfield, MI 48037-0513 |
| cr | + Email/PDF: rmscedi@recoverycorp.com | Sep 30 2021 00:27:03 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + Email/Text: blegal@phfa.org | Sep 30 2021 00:15:00 | Pennsylvania Housing Finance Agency-Homeowners Eme, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14307437 | Email/Text: bankruptcy@acacceptance.com | Sep 30 2021 00:15:00 | Amer Cr Acpt, 961 E Main St, Spartanburg, SC 29302-2185 |
| 14318115 | + Email/Text: bankruptcy@acacceptance.com | Sep 30 2021 00:15:00 | American Credit Acceptance, 961 East Main St., Spartanburg, SC 29302-2185 |
| 14334993 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 00:27:04 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14307439 | Email/Text: bankruptcy@sccompanies.com | Sep 30 2021 00:15:00 | Ashro, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14337958 | Email/Text: bnc@atlasacq.com | Sep 30 2021 00:15:00 | Atlas Acquisitions LLC, c/o Avi Schild, 492C Cedar Lan, Suite 442, Teaneck, NJ 07666 |
| 14327325 | + Email/Text: bknotices@totalcardinc.com | Sep 30 2021 00:15:00 | Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 14317715 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 30 2021 00:27:01 | Capital Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14308057 | + Email/Text: ebnnotifications@creditacceptance.com | Sep 30 2021 00:15:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14307445 | Email/Text: ebnnotifications@creditacceptance.com | Sep 30 2021 00:15:00 | Credit Acceptance Corp, PO Box 513, Southfield, MI 48037-0513 |
| 14307446 | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 30 2021 00:15:00 | Credit Collection Serv, PO Box 607, Norwood, MA 02062-0607 |
| 14307447 | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 30 2021 00:15:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 14307451 | Email/Text: jill@ffcc.com | Sep 30 2021 00:15:00 | First Federal Credit C, 24700 Chagrin Blvd, Cleveland, OH 44122-5647 |
| 14307453 | Email/Text: bankruptcy@affglo.com | Sep 30 2021 00:15:00 | Global Credit Collection Corp., 5440 N Cumberland Ave Ste 300, Chicago, IL 60656-1486 |
| 14307454 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 30 2021 00:15:00 | Internal Revenue Service, 333 W Pershing Rd, Kansas City, MO 64108-4302 |
| 14307455 | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 29, 2021 | Form ID: pdf900 | Total Noticed: 72 |

| Recip ID | | Notice Type | Sent | Recipient |
|---|---|---|---|---|
| | | | Sep 30 2021 00:15:00 | Jefferson Capital Systems, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 14308445 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 30 2021 00:27:06 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14393045 | + | Email/Text: blegal@phfa.org | Sep 30 2021 00:15:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 15206, HARRISBURG, PA 17105-5206 |
| 14343917 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 00:27:01 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14339934 | + | Email/Text: joey@rmscollect.com | Sep 30 2021 00:15:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14307458 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 30 2021 00:15:00 | Peco, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14327389 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 30 2021 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14307460 | | Email/Text: blegal@phfa.org | Sep 30 2021 00:15:00 | Pennsylvania Housing Finance Agency, PO Box 15530, Harrisburg, PA 17105-5530 |
| 14330744 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 30 2021 00:15:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14307463 | | Email/Text: joey@rmscollect.com | Sep 30 2021 00:15:00 | Receivable Management, PO Box 17305, Richmond, VA 23226-7305 |
| 14307464 | | Email/Text: bkrpt@retrievalmasters.com | Sep 30 2021 00:15:00 | Retrieval Master Credit CRS, 4 Westchester Plz, Elmsford, NY 10523-1612 |
| 14307465 | | Email/Text: bankruptcies@libertymutual.com | Sep 30 2021 00:15:00 | Safeco Insurance Co of America, 62 Maple Ave, Keene, NH 03431-1625 |
| 14307466 | | Email/Text: bankruptcy@sccompanies.com | Sep 30 2021 00:15:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14307472 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 30 2021 00:15:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14307474 | | Email/Text: documentfiling@lciinc.com | Sep 30 2021 00:15:00 | Xfinity, PO Box 70219, Philadelphia, PA 19176-0219 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| cr | | U.S Bank Trust National Association, not in its in |
| cr | | U.S. Bank Trust National Association |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14307471 | ##+ | Trident Asset Manageme, 53 Perimeter Ctr E, Atlanta, GA 30346-2230 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 29, 2021 | Form ID: pdf900 | Total Noticed: 72 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:**

**Name**    **Email Address**

ALFRED ABEL
on behalf of Debtor Gregory Wayne McLaurin aa.law@alfredabellaw.com G22350@notify.cincompass.com

ALFRED ABEL
on behalf of Joint Debtor Roslyn Allisha McLaurin aa.law@alfredabellaw.com G22350@notify.cincompass.com

CHRISTOPHER A. DENARDO
on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al. pabk@logs.com logsecf@logs.com;klittle@logs.com;cdenardo@logs.com

CHRISTOPHER R. MOMJIAN
on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov

KEVIN S. FRANKEL
on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al. pa-bk@logs.com

KRISTEN D. LITTLE
on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al. pabk@logs.com klittle@logs.com;logsecf@logs.com

LEON P. HALLER
on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

REBECCA ANN SOLARZ
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII (NPL) bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM EDWARD CRAIG
on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 12

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>GREGORY WAYNE MCLAURIN<br>ROSLYN ALLISHA MCLAURIN | Chapter 13 |
| Debtor | Bankruptcy No. 19-12396-ELF |

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: September 29, 2021

_____
Honorable Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALFRED ABEL
P.O. BOX 688

ABINGTON, PA 19001-

Debtor:
GREGORY WAYNE MCLAURIN
ROSLYN ALLISHA MCLAURIN
1439 EDGEWOOD AVENUE

ROSLYN, PA 19001-